# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re:

HAZEL G OLKOWSKI

                Debtor

Case No: 10-59468-PJS
CHAPTER 13
Judge: PHILLIP J. SHEFFERLY

## TRUSTEE'S NOTICE OF EFFECT OF ADJUSTMENT
## IN PERIODIC PAYMENT ON SECURED CLAIM

    The Standing Chapter 13 Trustee, David Wm. Ruskin, pursuant to E.D. Mich. L.B.R. 3001-2, hereby files this Notice of Effect of Adjustment in Periodic Payment on Secured Claim.

The Secured Debt that is the subject of the Payment Change is paid directly by the debtor and not by the Trustee. Therefore, this Payment Change has no effect on the Plan funding.

### NOTICE TO DEBTOR

**You are encouraged to contact your attorney to perform a complete review of your case to determine the full status of your case and what must be done in order for you to successfully complete your Chapter 13 Plan and obtain a Discharge. There may be alternatives other than increasing the amount of your Plan payment that would still allow your case to complete timely.**

**If this Notice of Effect of Adjustment in Periodic Payment on Secured Claim indicates that the Plan will no longer be adequately funded, pursuant to Local Bankruptcy Rule 3001-2(d), you must file a Plan Modification within 21 days of service of this Notice to assure adequate funding of the Plan. *E.D. Mich. LBR 2001-2.***

**This Notice of Effect of Adjustment in Periodic Payment on Secured Claim has *NOT* been audited and has been produced without a complete review of the Case file or the Debtor's payment records. Making all future payments at the amount set forth above *DOES NOT* guarantee that Debtor will receive a discharge at the end of the term of Debtor's confirmed Chapter 13 Plan (as modified, if at all). Other issues may adversely impact the completion of this Plan, including any delinquency in plan payments existing as of the date of this Notice, any future delinquencies in plan payments, failure to remit any required Income Tax Refunds, and claims filed for amounts greater than scheduled.**

                OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
                David Wm. Ruskin, Chapter 13 Standing Trustee

Dated: May 10, 2011        /s/ David Wm. Ruskin

                DAVID WM. RUSKIN (P26803)
                LISA K. MULLEN (P55478)
                THOMAS D. DECARLO (P65330)
                1100 Travelers Tower
                26555 Evergreen Road
                Southfield, MI 48076-4251
                Telephone (248) 352-7755

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:

HAZEL G OLKOWSKI

              Debtor

Case No: 10-59468-PJS
CHAPTER 13
Judge: PHILLIP J. SHEFFERLY

## CERTIFICATE OF SERVICE OF TRUSTEE'S NOTICE OF EFFECT OF ADJUSTMENT IN PERIODIC PAYMENT ON SECURED CLAIM

I hereby certify that on May 10, 2011, I electronically filed the Trustee's Notice of Effect of Adjustment in Periodic Payment on Secured Claim with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    William C Babut Pc
    700 Towner Street
    Ypsilanti, MI  48198

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed

    Hazel G Olkowski
    5080 Huggins Rd
    Michigan Center, MI  49254


/s/ Gabrielle Zoldos
_____
Gabrielle Zoldos
For the Office of the Chapter 13 Standing Trustee-Detroit
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251
(248) 352-7755